```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 23245
   RUDOLPH COLLINS
   GWEN COLLINS                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7736     SSN XXX-XX-0554

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/02/08 .

   2.  The case was dismissed without confirmation, 11/21/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00              .00              .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   NOT FILED              .00              .00
ARMOR SYSTEMS             UNSECURED       NOT FILED              .00              .00
CAPITAL ONE BANK          UNSECURED       NOT FILED              .00              .00
CITIFINANCIAL             UNSECURED       NOT FILED              .00              .00
CCA                       UNSECURED       NOT FILED              .00              .00
CREDIT MANAGEMENT SERVIC  UNSECURED       NOT FILED              .00              .00
DEBT RECOVERY SOLUTIONS   UNSECURED       NOT FILED              .00              .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED              .00              .00
HSBC                      UNSECURED       NOT FILED              .00              .00
HUNTER WARFIELD           UNSECURED       NOT FILED              .00              .00
ST JOSEPH HOSPITAL        UNSECURED       NOT FILED              .00              .00
NICOR GAS                 UNSECURED       NOT FILED              .00              .00
PENTAGROUP FINANCIAL      UNSECURED       NOT FILED              .00              .00
VISION FINANCIAL SERVICE  UNSECURED       NOT FILED              .00              .00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00          .00           .00
PRINCIPAL PAID           .00           .00          .00          .00           .00
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID               .00           .00          .00          .00           .00
The Debtor's attorney, ERNESTO D BORCES JR            , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 23245 RUDOLPH COLLINS & GWEN COLLINS
```